IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA :
:
v. : 1:22CR216-1
:
NORMAN SENECA BOWERS :



The Grand Jury charges:

COUNT ONE

On or about April 6, 2021, in the County of Davidson, in the Middle District of North Carolina, NORMAN SENECA BOWERS knowingly and intentionally did unlawfully distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

COUNT TWO

On or about May 5, 2021, in the County of Davidson, in the Middle District of North Carolina, NORMAN SENECA BOWERS knowingly and intentionally did unlawfully distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT THREE

On or about July 7, 2021, in the County of Davidson, in the Middle District of North Carolina, NORMAN SENECA BOWERS knowingly and intentionally did unlawfully distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT FOUR

On or about July 9, 2021, in the County of Davidson, in the Middle District of North Carolina, NORMAN SENECA BOWERS knowingly and intentionally did unlawfully distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT FIVE

On or about July 14, 2021, in the County of Davidson, in the Middle District of North Carolina, NORMAN SENECA BOWERS knowingly and intentionally did unlawfully possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance within the meaning of Title 21, United States

Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

DATED: July 25, 2022

SANDRA J. HAIRSTON
United States Attorney

*Terry M. Meinecke by SJH*
BY: TERRY M. MEINECKE
Assistant United States Attorney

A TRUE BILL:

FOREPERSON